IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.   NO. 4:04CR00001-001 SWW

ELMER BERNARD WINDOM

### ORDER

This matter is before the Court on defendant's written request to the Court for early termination of his term of supervised release. The United States Probation Office has advised the Court that defendant has progressed well and has been in compliance since July, 2004.[1] Therefore, the Court finds that defendant's request should be granted.

IT IS THEREFORE ORDERED that defendant's remaining term of supervised release previously imposed be, and it hereby is, terminated.

Dated this 25th day of May, 2006.

SUSAN WEBBER WRIGHT
UNITED STATES DISTRICT JUDGE

---

[1] Defendant's letter to the Court requesting early termination and the Memorandum from the U. S. Probation Office are attached.



# MEMORANDUM
**United States Probation Office**
**Eastern District of Arkansas**

**To:**   Honorable Susan Webber Wright
U.S. District Judge

**From:**   Edward Morin
U.S. Probation Officer

**Re:**   Elmer Bernard Windom
4:04CR00001-SWW

**Date:**   May 18, 2006

This is in response to your request regarding Mr. Windom's request for early termination of supervised release. Mr. Windom was sentenced on November 7, 2002, in the Southern District of Texas for the offense of transporting an undocumented alien within the U.S. by means of a motor vehicle for private financial gain. He was sentenced to 18 months Bureau of Prisons, 36 months supervised release, drug testing, substance abuse treatment, 50 hours community service and $100 special penalty assessment. Mr. Windom's supervision commenced on October 3, 2003. On December 8, 2003, jurisdiction was transferred to the Eastern District of Arkansas.

Mr. Windom has completed over two years of supervised release. On December 12, 2003, a noncompliance letter was sent to the Southern District of Texas as Mr. Windom consumed alcoholic beverages while participating in substance abuse treatment and failed to attend Alcoholic's Anonymous meetings as directed. A Report on Offender Under Supervision was submitted to this court in July 2004, as Mr. Windom ingested cocaine and was discharged from substance abuse treatment for a technical violation involving a vehicle. Since then, Mr. Windom has continually attended Alcoholic's Anonymous meetings and has not violated his conditions of supervised release.

Mr. Windom is currently employed as a shuttle driver for Americold Logistics. Based on the criteria for early termination listed in the Supervision Monograph 109 and from the Administrative Office directives, Mr. Windom is not eligible for early termination as his Risk Prediction Index (RPI) is 2. Mr. Windom's RPI score is based on his prior criminal history, substance abuse history, and age.

However, 18 U.S.C.§3583(e)(1) permits the Court to terminate terms of supervised release in felony cases after the expiration of one year of supervision if it is satisfied that such action is warranted by the conduct of an offender and is in the interest of justice. Although Mr. Windom violated his conditions of supervised release, he has since progressed well and has been in compliance.

If you need any further information, please contact me at 501-604-5280.

EM:


Approved: _____
                Supervising U.S. Probation Officer

RECEIVED
MAY 0 8 2006
U.S. PROBATION OFFICE
E.DIST. ARK.

Honorable Judge Wright
   I was told by my probation officer "Mr. Maria" that I can wright to you to request an early release from probation. I spoke with him about a job oppertunity that was presented to me on my present job by someone that has his own compdny and was looking for drivers. My present job consists of driving a shuttle truck. Moving loaded and empty trailers of chicken on the yard. The other job consists of driving to and from the surrounding states of Ark. only.
   The only thing that's keeping me from maybe taking the job is being on probation. I'm only asking to be released maybe a

few months early. June or July would be an idea time if at all possible.

Your honor, I see this job as another opportunity for growth. And at the same time a chance to make more money. I would very much appreciate the opportunity. Thank you + I look forward to your response.

Signed Bernard Winton

Bernard Windom
1401 N. Parker Rd. Apt #3
Russellville, AR. 72801

FORT SMITH AR 729
27 APR 2006 PM 1 L

Judge Wright
U.S. Court House
600 W. Capital
Little Rock, AR. 7[2201]